UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH COLVIN, JR.,

    Plaintiff,

v.

                        Case No. 2:13-cv-219

                        HON. ROBERT HOLMES BELL

ROBBY PEDERSON,

    Defendant.
                                      /

## **O R D E R**

In accordance with the Opinion issued this date,

**IT IS HEREBY ORDERED** that the Magistrate Judge's October 13, 2015 Report and Recommendation (ECF No. 91) is **APPROVED and ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 57) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 66) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's objections to the R&R (ECF No. 98) are **OVERRULED**.

Dated: March 9, 2016                                 /s/ Robert Holmes Bell
                                                                  ROBERT HOLMES BELL
                                                                  UNITED STATES DISTRICT JUDGE